No. 644.   SKENDER *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 661.   MAROY *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *Charles ·B. Evins* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 666.   HEIDMAN *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   *Julius L. Sherwin* and *Theodore R. Sherwin* for petitioner.

No. 667.   LITITZ MUTUAL INSURANCE CO. ET AL. *v.* BARNES.   C. A. 5th Cir.   Certiorari denied.   *Hugh A. Locke* for petitioners.   *Hugh A. Lloyd* and *W. W. Dinning* for respondent.

No. 671.   SCHNEIDER, DOING BUSINESS AS DAVE SCHNEIDER WHOLESALE JEWELRY, *v.* CENTENNIAL INSURANCE Co.   C. A. 9th Cir.   Certiorari denied.   *Forrest A. Betts* and *John A. Loomis* for petitioner.   *George H. Hauerken* for respondent.

No. 672.   MAGNESS *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.   *Jas. W. Arnold* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.